IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

GEORGE P. CLEMONS, PLAINTIFF

v. CIVIL ACTION NO. 2:09CV116-SA-A

COMMISSIONER OF SOCIAL SECURITY, DEFENDANT

## **FINAL JUDGMENT**

Upon Plaintiff's request, and in accordance with the report and recommendation issued December 22, 2009, the Court finds that this case should be dismissed with prejudice and the case closed.

SO ORDERED, this the 28th of January, 2010.

**/s/ Sharion Aycock**
**UNITED STATES DISTRICT JUDGE**